08-6128-ag
Duarte v. Holder

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## <u>SUMMARY ORDER</u>

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of February, two thousand fourteen.

PRESENT:
    Peter W. Hall,
    Debra Ann Livingston,
    Denny Chin,
        *Circuit Judges.*

_____

Ramon Antonio DUARTE-CERI,
        *Petitioner,*

        v.                                          08-6128

ERIC H. HOLDER, JR., UNITED STATES
ATTORNEY GENERAL,
        *Respondent.*

_____

FOR PETITIONER:         Amy Meselson, New York, New York.

FOR RESPONDENT:         Yamileth G. Davila Office of
                        Immigration Litigation, United
                        States Department of Justice,
                        Washington, D.C.

UPON DUE CONSIDERATION of this petition for review of a decision of the Board of Immigration Appeals ("BIA"),and upon consideration of the parties' letter briefs submitted in response to this Court's May 8, 2013 order, it is hereby ORDERED, ADJUDGED, AND DECREED that the petition for review is GRANTED and the matter is REMANDED to the BIA to reopen the case and apply former INA section 321(a) in a manner consistent with our opinion of December 6, 2010 and the district court's factual findings.*

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

---

*For the reasons stated in her dissenting opinion of December 6, 2010, Judge Livingston would deny the petition for review.